608 A.2d 493

**James BELL, Jr., Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD, (GATEWAY COAL COMPANY), Appellee.**

**No. 56 W.D.App. Dkt. 1990.**

Supreme Court of Pennsylvania.

June 16, 1992.

## ORDER

PER CURIAM.

AND NOW this 16th day of June, 1992, the Application for Reargument is granted and the case is remanded to the referee for the presentation of evidence under the *Kusenko/McCloskey* standard. [*Kusenko v. Republic Steel Corp.*, 506 Pa. 104, 484 A.2d 374 (1984); *McCloskey v. Workmen's Compensation Appeal Board*, 501 Pa. 93, 460 A.2d 237 (1983)].